STATE OF NEW JERSEY v. WILLIAM CARBONALLI.

September 5, 1985.

Petition for certification denied.

DAVID BATTLE v. JOHN J. RAFFERTY, SUPERINTENDENT, RAHWAY STATE PRISON.

September 5, 1985.

Petition for certification denied.

LORRAINE E. LAING v. HOVSON'S, INC. AND HOLIDAY CITY ASSOCIATION.

September 5, 1985.

Petition for certification denied.

BARRY C. JOHNSON v. BELFOUR BRAHAM AND NEW JERSEY TRANSIT BUS COMPANY.

September 5, 1985.

Petition for certification denied.